**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                    Case No.: 1:12–cr–00528
                                                      Honorable John J. Tharp Jr.

, et al.

                                 Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2015:

        MINUTE entry before the Honorable John J. Tharp, Jr. as to Thomas Hawkins,
John Racasi: Status hearing held. Without objection, the government's oral motion to
dismiss Counts 3 and 4 of the Superseding Indictment is granted. The Probation Office is
to submit an amended Presentence Investigation Report to reflect the dismissal of the Mail
Fraud Counts. Any objections or written submissions to the modified Presentence
Investigation Report are due seven days before the date of sentencing, which is 6/23/15 at
1:30 p.m. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.